# EXHIBIT 20

# Standard Form of Agreement Between General Contractor and Subcontractor

Contract # : 3955 (to be referenced on invoices)

AGREEMENT made as of 6/3/2019,

| | |
|---|---|
| BETWEEN the General Contractor: | James Hunt Construction Company, Inc.<br>1865 Summit Road<br>Cincinnati, Ohio 45237<br>513-721-0559 |
| and the Subcontractor: | DMV MECHANICAL, INC.<br>160-01 13TH AVENUE<br>WHITESTONE, NY 11357<br>(718) 674-4645 |
| Specified Trade(s) Work: | HVAC/Plumbing |
| Specified Sum Amount: | $393,000.00 ("Maximum Cost") |

The General Contractor has made a contract for construction dated 6/3/2019 with the Owner, Tenant or Landlord: GAP, INC.

| | |
|---|---|
| For the Following Project: | Old Navy #3743 - 86th & Lex<br>147-151 East 86th Street<br>New York, NY 10028 |

which Contract is hereinafter referred to as the Prime Contract and which provides for the furnishing of labor, materials, equipment and services in connection with the construction of the Agreement Between Owner and General Contractor (from which compensation amounts may be deleted) and the other Contract Documents enumerated therein has been made available to the Subcontractor.

The General Contractor and the Subcontractor agree as set forth below.

## TERMS AND CONDITONS OF AGREEMENT BETWEEN GENERAL CONTRACTOR AND SUBCONTRACTOR

### ARTICLE 1
### THE SUBCONTRACT DOCUMENTS

1.1 The Subcontract Documents consist of (1) this Agreement; (2) the Prime Contract, consisting of the Agreement between the Owner and General Contractor and the other Contract Documents enumerated or referenced therein, including Conditions of the Contract (General, Supplementary and other Conditions), Drawings, Specifications, Addenda issued prior to execution of the Agreement between the Owner and General Contractor and Modifications issued subsequent to the execution of the Agreement between Owner and General Contractor, whether before or after the execution of this Agreement, and other Contract Documents, if any, listed in the Prime Contract; (3) other documents enumerated or referenced in this Agreement; (4) Modifications to this Subcontract issued after execution of this Agreement. These form the Subcontract, and are as fully a part of the Subcontract as if attached to this agreement or repeated herein. The Subcontract represents the entire and integrated agreement between the parties hereto and supersedes prior negotiations, representations or agreements, either written or oral. An enumeration of the Subcontract Documents, other than Modifications issued subsequent to the execution of this Agreement, appears in Article 10.

1.2 The Subcontractor shall be furnished copies of the Subcontract Documents upon request, but the General Contractor may charge the Subcontractor for the cost of reproduction.

## ARTICLE 2
## MUTUAL RIGHTS AND RESPONSIBILITES

2.1 The General Contractor and Subcontractor shall be mutually bound by the terms of this Agreement and , to the extent that provisions of the Prime Contract apply to the Work of the Subcontractor, the General Contractor shall assume toward the Subcontractor all obligations and responsibilities that the Owner, under the Prime Contract, assumes toward the General Contractor, and the Subcontractor shall assume toward the General Contractor all obligation and responsibilities which the General Contractor, under the Prime Contract, assumes toward the Owner and the Architect. The General Contractor shall have the benefit of all rights, remedies and redress against the Subcontractor which the Owner, under the Prime Contract, has against the General Contractor, and the Subcontractor shall have the benefit of all rights, remedies and redress against the General Contractor which the General Contractor, under the Prime Contract, has against the Owner, insofar as applicable to this Subcontract. Where a provision of the Prime Contract is inconsistent with a provision of this Agreement, this Agreement shall govern.

2.2 The General Contractor may require the Subcontractor to enter into agreements with Sub-subcontractors performing portions of the Work of this Subcontract by which the Subcontractor and the Sub-subcontractor are mutually bound, to the extent of the Work to be performed by the Sub-subcontractor, assuming toward each other all obligations and responsibilities which the General Contractor and Subcontractor assume toward each other and having the benefit of all rights, remedies and redress each against the other which the General Contractor and Subcontractor have by virtue of the provisions of this Agreement.

## ARTICLE 3
## GENERAL CONTRACTOR

3.1 SERVICES PROVIDED BY THE GENERAL CONTRACTOR

3.1.1 The Contractor shall promptly make available to the Subcontractor information which affects this Subcontract's Work and which becomes available to the Contractor subsequent to execution of this Subcontract.

3.1.2 The General Contractor shall not give instructions or orders directly to employees or workmen of the Subcontractor, except to persons designated as authorized representatives of the Subcontractor.

## ARTICLE 4
## SUBCONTRACTOR

4.1 EXECUTION AND PROGRESS OF WORK

4.1.1 The Subcontractor shall be responsible for, and the scope of the Work, as hereinafter defined shall include, but not be limited to the following (i) filing and obtaining approval from all governmental and quasi-governmental authorities having jurisdiction over the Premises, Building, Property, and the work, as hereinafter defined (ii) salaries, wages, labor, supplies, equipment and materials (iii) all applicable sales tax (iv) all scheduling (v) overtime if necessary to complete the work according to the Schedule (vi) cost of all employee benefits and taxes for such items as unemployment compensation and social security (vii) transportation and storage; (viii) strict compliance with all terms of this agreement; (ix) compliance with ADA as defined by governmental jurisdiction; and (x) application for and delivery of certificate of occupancy from governing jurisdiction.

4.1.2 All work shall be subject to all of the requirements of the printed Standard Form of "The General Conditions of the Contract for the Construction of Building", the latest edition, Document No. A-201 by the American Institute of Architects, and shall form a part of any Contract entered into for the construction, erection and/or completion of any or all parts of the work contemplated.

4.1.3 The Subcontractor shall provide full-time, on site supervision by a qualified construction superintendent for the duration of the project schedule and as necessary during punch list related activities.

4.1.4 The Subcontractor shall cooperate with the General Contractor in scheduling and performing the Subcontractor's Work to avoid conflict, delay in or interference with the Work of the General Contractor, other subcontractors or Owner's own forces. In case of difference between building codes, specifications State Laws and local ordinance, regulations and the contract documents, the most stringent shall govern. The General Contractor shall promptly notify the Owner in writing of such differences.

4.1.5 The Subcontractor shall promptly submit Shop Drawings, Product Data, Samples and similar submittals required by the Subcontract Documents with reasonable promptness an in such sequence as to cause no delay in the Work or in the activities of the General Contractor or other subcontractors

4.1.6 The Subcontractor shall furnish to the General Contractor periodic progress reports on the Work of this Subcontract as mutually agreed, including information on the status of materials and equipment which may be in the course of preparation or manufacture.

4.1.7 The Subcontractor agrees that the Owner will have the authority to reject Work which does not conform to the Prime Contract. The Owner's decisions on matters relating to aesthetic effect shall be final if consistent with the intent expressed in the Prime Contract.

4.1.8 The Subcontractor shall pay for: labor, materials, and equipment used in connection with the performance of this Subcontract through the period covered by previous payments received from the

**GC Initials**

DU **Sub Initials**

General Contractor, and should furnish satisfactory evidence, when requested by the General Contractor, to verify compliance with the above requirements.

4.1.9 The Subcontractor shall take necessary precautions to protect properly the Work of other subcontractors from damage caused by operations under this subcontract.

4.1.10 The Subcontractor shall cooperate with the General Contractor, other subcontractors and the Owner's own forces, who's Work might interfere with the Subcontractor's Work. The Subcontractor shall participate in the preparation of coordinated drawings in areas of congestion, if required by the Prime Contract, specifically noting and advising the General Contractor of potential conflicts between the Work of the Subcontractor and that of the General Contractor, other subcontractors or the Owner's own forces.

4.2 LAWS, PERMITS, FEES AND NOTICES

4.2.1 The Subcontractor shall give notices and comply with laws, ordinances, rules, regulations and orders of public authorities bearing on performance of the work of this Subcontract. The Subcontractor shall secure and pay for licenses necessary for proper execution and completion of the Subcontractor's work, the furnishing of which is required of the General Contractor by the Prime Contract.

4.2.2 The Subcontractor shall comply with Federal, State and local tax laws, social security acts, unemployment compensation acts and workers' or workmen's compensation acts insofar as applicable to the performance of this Subcontract.

4.3 SAFETY PRECAUTIONS, PROCEDURES, AND HAZARDOUSE WASTE

4.3.1 The Subcontractor shall take reasonable safety precautions with respect to performance of this Subcontract, shall comply with safety measures initiated by the General Contractor and with applicable laws, ordinances, rules, regulations and orders of public authorities for the safety of persons or property in accordance with the requirements of the Prime Contract. The Subcontractor shall report to the General Contractor within three days an injury to an employee or agent of the Subcontractor which occurred at the site.

4.3.2. Subcontractor covenants that it will not store, release, or dispose of, and will not permit the storage, release or disposal of, any asbestos, PCBs, material amounts of urea-formaldehyde materials, pollutant, any toxic or hazardous waste or any substance or material the storage, release, or disposal of which is regulated by law, regulation, ordinance or code (collectively "Hazardous Waste") in or about the Property, Building, Premises or Work.

4.3.3 If hazardous substances of a type of which an employer is required by law to notify its employees are being used on the site by the Subcontractor, the Subcontractor's Sub-subcontractor or anyone directly or indirectly employed by them, the Subcontractor shall, prior to exposure of any employees on the site to such substance, give written notice of the chemical composition thereof to the General Contractor in sufficient detail and time to permit compliance with such laws by the General Contractor, other subcontractors and other employers on the site. General Contractor may, at its exclusive option, and without recourse by Subcontractor, prohibit Subcontractor from using said hazardous substances.

4.3.4 In the event the Subcontractor encounters on the site material reasonably believed to be asbestos or polychlorinated biphenyl (PCB) which has not been rendered harmless, the Subcontractor shall immediately stop work in the area affected and report the condition to the General Contractor in writing. The Work in the affected area shall resume in the absence of

asbestos or polychlorinated biphenyl (PCB), or when it has been rendered harmless, by written agreement of the General Contractor and Subcontractor, or in accordance with final determination by the Owner on which arbitration has not been demanded, or by arbitration as provided in this Agreement. The Subcontractor shall not be required pursuant to Article 5 to perform without consent any Work relating to asbestos or polychlorinated biphenyl (PCB).

4.4 CLEANING UP

4.4.1 The Subcontractor shall keep the premises and surrounding area free from accumulation of waste materials or rubbish caused by operations performed under this Subcontract every day. The Subcontractor shall not be held responsible for unclean conditions caused by other contractors or subcontractors.

4.4.2 All finished flooring, cabinets, appliances, windows, sliders, doors, etc. are to be masked off and/or covered with plastic prior to any texturing or painting of surrounding areas. It will be the responsibility of the Subcontractor to furnish the material and perform this task. Any overspray getting on the aforementioned articles will be cleaned off that day.

4.5 WARRANTIES, REPRESENTATIONS AND COVENANTS

4.5.1 Subcontractor agrees that General Contractor shall have the benefit of all statutory warranties in respect of construction contracts as may be provided by State laws and statutes, in addition to any and all other warrantees or guarantees expressly or impliedly included in the Agreement or otherwise available by law or equity, all of which shall be cumulative. In addition, Subcontractor hereby expressly represents, warrants and guarantees to General Contractor that the work shall be new and in first class, good quality and that for the period from the date final payment is made by General Contractor to date:

(a) One year thereafter, all materials, supplies, labor and Work shall be free of any defective or faulty materials or workmanship.

(b) Two years thereafter, the electrical, heating, cooling, air conditioning, plumbing and other building systems shall be free of any defective or faulty materials, workmanship and furnished and installed as new equipment.

4.5.2 The Work as constructed and upon completion shall comply with all applicable building, fire and electrical codes and all zoning, platting and subdivision laws and ordinances and all private restrictions.

4.5.3 All warranties, covenants and representations of Subcontractor under this Agreement shall be true and deemed remade as of the date of the Work and the terms of this Agreement are completed and fulfilled.

4.5.4 All warranties of the Subcontractor under this Agreement shall survive and be enforceable by General Contractor against Subcontractor, notwithstanding any inspection, acceptance or occupation of the property by or on behalf of General Contractor or Owner.

4.6 GUARANTEE

4.6.1 Subcontractor guarantees that it will repair and make good, at its own expense, any defects in workmanship or materials occurring in his work within the period of one (1) year after the date of acceptance of same by the General Contractor, Owner, or Architect. This guarantee shall not be diminished or affected in any way by payment in full to the Subcontractor. Failure of General

Contractor, Owner, or Architect to provide written notice to Subcontractor of defective workmanship or materials shall not invalidate this Guarantee. If Subcontractor fails to comply with the terms of its Guarantee, General Contractor may employ or contract with a third-party to repair or make good Subcontractor's defective workmanship or materials, and the expense thereof shall be deducted from the Maximum Cost herein or, at General Contractor's option, recoverable as liquidated damages from Subcontractor. General Contractor's remedies as set forth in this provision are not exclusive but are cumulative and in additions to any other remedies available to General Contractor under this Agreement or at law or equity.

4.7 SUBCONTRACTOR'S INDEMNIFICATION AND INSURANCE REQUIREMENTS

4.7.1 Subcontractor shall defend, indemnify and hold General Contractor, Owner, Tenant, Landlord, forever harmless from and against any and all claims, losses, liabilities, actions, judgments, and executions, including without limitation, reasonable attorney's fees and disbursements, arising or accruing, directly or indirectly, in respect of any mechanic's, materialmen's or other similar liens or claims being filed of asserted against General Contractor, Owner, Tenant, Landlord, the Premises, Building, Property or Work, arising out of or in connection with the Work or this Agreement or the breach by Subcontractor of any term or condition of this Agreement.

4.7.2 Subcontractor shall defend, indemnify and hold harmless General Contractor, Owner, Tenant, Landlord, together with their directors, officers, employees, assignees, agents, servants and shareholders, from and against all claims, demands, suits, obligations, liabilities, damages, losses and judgments, including costs and expenses which may be asserted against, suffered by, charged to or recoverable from General Contractor, Owner, Tenant, Landlord, by reason of (i) injury to or death of any person, including, but not limited to, employees of Subcontractor and or (ii) loss of or damage to property arising out of or resulting from or attributable in any way to any aspect of the performance of the Subcontractor's Work under this Agreement, regardless of whether or not such bodily injury, claim, damage, loss or expense is caused in whole or in part by the negligence, gross negligence, or willful act of Subcontractor or from breach of this Agreement by Subcontractor.

4.7.3 Subcontractor shall at its sole cost and expense maintain in full force and effect during the terms of this agreement and for one year following the term of this agreement policies of insurance of the type and in the minimum amounts stated below with companies satisfactory to General Contractor. (SEE SAMPLE INSURANCE CERTIFICATE-ATTACHMENT A)

(a) Comprehensive Liability Insurance:
- (i) Not less than $1,000,000 combined single limit per occurrence with coverage of not less than $2,000,000 to cover claims in the aggregate.
- (ii) Such insurance shall include bodily injury, personal injury, property damage, premises and operations liability (including explosion, collapse, and underground coverage) completed operations, contractual liability; and provide severability of interest, cross liability and independent contractor's coverage. Insurance coverage will be on an occurrence basis.

(b) Workers' Compensation Coverage: Statutory Limit
- (i) Employers Liability: $1,000,000 per accident
- (ii) Employees of Subcontractor are not employees of General Contractor.

(c) Business Auto Insurance:
- (i) Not less than $1,000,000 combined single limit per accident
- (ii) Such insurance to cover owned, non-owned and hired vehicles when performing work for General Contractor

RH GC Initials DU Sub Initials

(d) Umbrella Liability Insurance:
    (i) Not less than $2,000,000 each occurrence and in the aggregate.

(e) General Contractor must be named as an additional insured, per endorsements CG2010 and CG2037 or its equivalent, and job name and location must be listed in Subcontractor's policy.

(f) Certificate of Insurance and Workers Compensation Certificate in compliance with the above requirements must be provided to General Contractor at the address listed herein before payments to Subcontractor will be made.

4.7.4 In claims against any person or entity indemnified under this Paragraph 4.7 by an employee of the Subcontractor, the Subcontractor's Sub-subcontractor, anyone directly or indirectly employed by them or anyone for whose acts they may be liable, the indemnification obligation under this Paragraph 4.7 shall not be limited by a limitation on amount or type of damages, compensation or benefits payable by or for the Subcontractor or the Subcontractor's Sub-subcontractors under worker's or workman's compensation acts, disability benefit acts or other employee benefit acts.

## ARTICLE 5
## CHANGES IN THE WORK

5.1 The Owner may make changes in the work by issuing Modifications to the Prime Contract. Upon receipt of such a Modification issued subsequent to the execution of the Subcontract Agreement, the General Contractor shall promptly notify the Subcontractor of the Modification. Unless otherwise directed by the General Contractor, the Subcontractor shall not thereafter order materials or perform work which would be inconsistent with the changes made by the Modifications to the Prime Contract.

5.2 The Subcontractor may be ordered in writing by the General Contractor, without invalidating this Subcontract, to make changes in the work within the general scope of this Subcontract consisting of additions, deletions or other revisions, including those required by Modifications to the Prime Contract issued subsequent to the execution of this Agreement, the Subcontract Sum and the Subcontract Time being adjusted accordingly. The Subcontractor, prior to the commencement of such changes or revised work, shall submit promptly to the General Contractor written copies of a claim for adjustment to the Subcontract Sum and Subcontract Time for such revised work in a manner consistent with requirements of the Subcontract Documents.

5.3 The Subcontractor shall submit written claims ("Change Orders") promptly to the General Contractor for additional cost, extensions of time and damages for delays or other causes in accordance with the Subcontract Documents. All Change Orders must include sales tax if applicable, must be billed separately, and must include detailed and sufficient documentation of the claim. Any claim which will affect or become part of a claim which the General Contractor is required to make under the Prime Contract within a specified time period or in a specified manner shall be made in sufficient time to permit the General Contractor to satisfy the requirements of the Prime Contract. Such claims shall be received by the General Contractor not less than five working/business days preceding the time by which the General Contractor's claim must be made. Change Orders shall be approved or denied at the sole discretion of General Contractor's Project Manager only and the P.O.(purchase order) can only be issued by the General Contractor's Project Manager (Change Orders cannot be approved by General Contractor's jobsite Supervisor). Change Orders must be invoiced to INVOICE@JAMESHUNTCONSTRUCTION.COM within 10 calendar days of Project Manager's signed approval to be considered for payment. No payments will be made

______ GC Initials ______ DU Sub Initials

to Subcontractor for additional cost, extensions of time or damages for delays or other causes, absent strict compliance with the requirements of this provision. NOTE: All change orders must have a P.O. (purchase order) issued by the General Contractor's Project Manager in order to be submitted for payment by the Subcontractor.

## ARTICLE 6

## DISPUTE RESOLUTION

6.1 Jurisdiction and Venue: Any disputes arising under of this Agreement, the Subcontract Documents, the Prime Contract, the Work, or the Project, shall be governed by the laws of the State of Ohio and shall be heard and adjudicated in the State Courts of Hamilton County, Ohio.

6.2 Contract Interpretation: This Agreement shall be considered as drafted and prepared jointly by General Contractor and Subcontractor and the legal principal that ambiguities within a contract are to be construed against the drafter or preparer are inapplicable to this Agreement and any such claim or defense is specifically waived by Subcontractor.

6.3 Attorney Fees and Costs: The "prevailing party" in any dispute arising under this Agreement shall be entitled to recover its reasonable attorney fees and costs incurred therein. The prevailing party shall be deemed the party that obtains a final Court judgment in its favor, whether full or partial, against the other party. A final Court judgment shall include, without limitation, an involuntary and Court Ordered dismissal with prejudice of the opposing party's claim(s). If both parties obtain final judgments against the other- for example, the Plaintiff obtains a full or partial judgment on its Complaint and the Defendant obtains a full or partial judgment on its Counterclaim, each party shall bear its own Attorney fees and costs. This provision is limited to disputes between General Contractor and Subcontractor under this Agreement and does not invalidate, but is in addition to, Subcontractor's duty to indemnify and defend General Contractor against third-party claims as set forth in Article 4 herein.

## ARTICLE 7

## TERMINATION OR ASSIGNMENT OF THE SUBCONTRACT

7.1 TERMINATION OF SUBCONTRACT

7.1.1 If the Subcontractor persistently or repeatedly fails or neglects to carry out the work in accordance with the Subcontract Documents or otherwise to perform this Agreement in a safe and workmanlike manner and fails within three days after receipt of written notice to commence and continue correction of such default of neglect with diligence and promptness, the General Contractor may, in its sole discretion, without prejudice to any other remedy the General Contractor may have, terminate the Subcontract with the Subcontractor and finish the Subcontractor's work by whatever method the General Contractor may deem expedient including, without limitation, employment or retention of third-parties to complete or correct the Work of Subcontractor. If the unpaid balance of the Subcontract exceeds the expense of finishing or correcting the Subcontractor's work, such excess shall be paid by the Subcontractor, but if the expense exceeds such unpaid balance, the Subcontractor shall pay the difference to the General Contractor.

7.2 ASSIGNMENT OF THE SUBCONTRACT

_[signature]_ **GC Initials**

DU **Sub Initials**

7.2.1 The Subcontractor shall not assign the work of this Subcontract without the written consent of the General Contractor, nor subcontract the whole of this Subcontract without the written consent of the General Contractor, nor further subcontract portions of this Subcontract without written notification to the General Contractor when such notification is requested by the General Contractor.

## ARTICLE 8

## THE WORK OF THIS SUBCONTRACT

8.1 COST OF WORK

8.1.1. Subcontractor shall complete the work on a turn-key basis and perform all of its obligations under this Agreement at the guaranteed cost of $393,000.00 ("Maximum Cost"), which includes all sales tax, and which cost shall be paid pursuant to Article 9, subject to any good faith disputes, provided that General Contractor may, in addition to any liquidated damages or other remedy, claim or cause of action available to General Contractor pursuant to this Agreement, or at law or in equity, withhold 10% of the Maximum Cost as "Retainage" to (a) complete the Punch List and/or (b) compensate General Contractor for any damages or expenses, including without limitation, reasonable attorney's fees and disbursements, which may result from breach by Subcontractor of any of its obligations hereunder. Subcontractor agrees to pay for construction costs exceeding the Maximum Cost, except to the extent such additional costs were specifically approved by General Contractor as Extras in signed Change Orders as set forth in Article 5 and actually incurred and paid by subcontractor, upon presentation of invoices validating Subcontractor expense.

8.1.2 Retainage shall be 10% of the Maximum Cost and shall be released within 30 days of completion of the Project, including all required paperwork being received by General Contractor and Work subject to good faith disputes and/or deductions pursuant to Paragraph 8.1.1 above.

8.2 SCOPE OF WORK

8.2.1 The Subcontractor shall fully execute the Work described in the Subcontract Documents, including all labor, materials, equipment, services and other items required to complete such portion of the Work, except to the extent specifically indicated in the Subcontract Documents to be the responsibility of others. Subcontractor shall furnish labor, equipment, and supervision for all work according to Plans and Specifications set forth in the Subcontract Documents and comply with all requirements set forth in this Agreement and the Subcontract Documents.

8.2.2 Your work includes but is not limited to the following:
HVAC and Waterpiping

8.3 DATE OF COMMENCEMENT AND SUBSTANTIAL COMPLETION

8.3.1 The Subcontractor's date of commencement this Agreement, is as first written above, unless a different date is stated below or provision is made for the date to be fixed in notice to proceed issued by the General Contractor. Date of commencement is Unspecified.

8.3.2 Unless the date of commencement is established by a notice to proceed issued by the General Contractor, or the General Contractor has commenced visible Work at the site under the Prime Contract, the Subcontractor shall notify the General Contractor in writing not less than five days before commencing the Subcontractor's Work to permit the timely filing of mortgages, mechanic's liens and other security interests.

_____ GC Initials                    DV Sub Initials

8.3.3 As used in this this Agreement, Substantial Completion means the stage in the progress of the Work when the Work or designated portion thereof is sufficiently complete in the accordance with the Subcontract Documents so that the Owner can occupy or use the Work or a portion thereof for its intended use and a certificate of occupancy, if applicable, has issued.

8.3.4 The Work of this Subcontract shall be substantially completed not later than the schedule set by the General Contractor, subject to adjustments by General Contractor or Owner as provided in the Subcontract Documents.

Any overtime required to meet this completion date will be the responsibility of the subcontractor and any additional cost incurred for such overtime will not be passed on to the General Contractor.

8.3.5. Time is of the essence in this Subcontract.

8.3.6 No extension of time will be valid without the General Contractor's written consent after claim made by the Subcontractor.

8.4 GENERAL CONTRACTOR'S RIGHTS AND REMEDIES

8.4.1 If Substantial Completion of the Work has not been achieved on or prior to the date specified herein for any reason other than permitted extensions thereof as expressly set forth herein or in the event Subcontractor defaults, neglects, or fails to carry out the Work in accordance with this Agreement and fails within three working days after receipt of written notice from the General Contractor to commence and continue correction of such default or neglect with diligence and promptness, the General Contractor may without prejudice to any other remedy the General Contractor may have, make good such deficiencies and may deduct the cost thereof from the payments then or thereafter due the Subcontractor. This remedy is not exclusive, but is cumulative and in addition to any and all other rights and remedies General Contractor may have under this Agreement or at law or equity including without limitation, specific performance, termination of this Agreement, compensatory and punitive damages, lost profits, and reasonable attorney's fees.

## <u>ARTICLE 9</u>

## PAYMENT

9.1.1 Submission of each payment invoice by Subcontractor shall be accompanied by a complete "Affidavit of Original or Subcontractor" and certificates of each of the Subcontractor's materialmen. Failure to do so will result in a delay in processing the request for payment until such time as the proper affidavits and certifications are made available properly signed and notarized. Such affidavits do not, in any case relieve the Sub-Contractor of liability or constitute an expressed or implied acceptance of work.

**9.1.2 No payment will be made to Subcontractor without Subcontractor's timely submission to General Contractor of Subcontractor's signed Contract, Certificate of Insurance, W-9, and Workers Compensation Certificate as set forth herein.**

**9.1.3 Subcontractor shall submit a <u>single invoice</u> for the Maximum Cost and General Contractor shall make progress payments, subject to payment by Owner as set forth in section below, on the Maximum Cost as set forth below:**

**_____ GC Initials** DU **Sub Initials**

(a) First, of the Maximum Cost, 50% shall be paid when 50% of the Work is completed pursuant to all terms of this Agreement and to the satisfaction of General Contractor, Owner, and the Architect;
(b) Second, of the Maximum Cost, 40% shall be paid upon Substantial Completion;
(c) Final Payment shall be made as set forth in Paragraph below.

9.1.4 This Agreement is a "paid when paid" Agreement. General Contractor shall be under no obligation to make any payment to Subcontractor except to the extent that General Contractor has received funds from Owner for the work invoiced by Subcontractor. Subcontractor shall not be entitled to payment if for any reason the Owner fails to pay General Contractor in accordance with the Prime Contract or Subcontract Documents including, without limitation, the Owner's financial situation, lack of available funds, or Owner's refusal to pay General Contractor for any reason. Payment from Owner to General Contractor is a specific condition precedent to any obligation General Contractor may have to Subcontractor under this Agreement including, without limitation, payment.

9.1.5 Overtime or other premium labor and/or material expense shall not be cause to increase the Maximum Cost specified in this Agreement unless such expense is first and before encountered, authorized and approved in writing by General Contractor via "Change Order" as set forth in section 5.3 of this Agreement. Such increases shall then be limited to only that additional expense considered to be over and above such expenses otherwise a part of or a condition of the scope or intent of the Work or the Maximum Cost presented as being within the bid proposal and the Subcontract Documents. All of the project Work is the total responsibility of the Subcontractor and, further, all expenses of/in so doing, within the determined schedule of Project completion, rest only with the Subcontractor and toward said satisfactory completion are considered as part of the Bid Proposal and all such expenses are contained within said proposal.

9.2 FINAL PAYMENT

9.2.1 Final payment, constituting the entire unpaid balance of the Subcontract Sum, shall be made by the General Contractor to the Subcontractor when Subcontractor's Work is fully performed in accordance with the requirements of the Contract Documents and approved by Owner. Excess retainage shall be released after deductions for a) completion of the Punch List and, (b) compensation to General Contractor for any damages or expenses, including without limitation, reasonable attorney's fees and disbursements, which may result from breach by Subcontractor of any of its obligations hereunder. Subcontractor agrees to pay for construction costs exceeding the Maximum Cost, except to the extent such additional costs were specifically approved by General Contractor as Extras in signed change orders and actually incurred and paid by subcontractor, upon presentation of invoices validating Subcontractor expense.

9.2.2 Before issuance of the final payment, the Subcontractor, if required, shall submit evidence satisfactory to the General Contractor that all payrolls, bills for materials and equipment, and all known indebtedness connected with the Subcontractor's Work have been satisfied.

## ARTICLE 10

### ENUMERATION OF SUBCONTRACT DOCUMENTS

10.1.1 The Subcontract Documents, except for Modifications issued after execution of this Agreement, are enumerated as follows:

10.1.2 This executed Standard Form of Agreement between General Contractor and Subcontractor;

**GC Initials** DV **Sub Initials**

10.1.3 The Prime Contract consisting of the Agreement between the Owner and General Contractor and the other Contract Documents enumerated in the Prime Contract; Conditions of the Prime Contract (General, Supplementary and other Conditions), Drawings, Specifications, Addenda and other documents enumerated therein or attached thereto;

10.1.4 Other Documents, if any, forming part of the Subcontract Documents are as follows:

1) Attachment A – Sample Insurance Certificate
2) Attachment B – Letter of Award/Notice to Subcontractor Packet

This Agreement entered into as of the day and year first written above.

Project Name: Old Navy #3743 - 86th & Lex - New York, NY

**GENERAL CONTRACTOR**

James Hunt Construction Company, Inc.

Signature

Rich Hinton

Printed Name

By its: Director

**SUBCONTRACTOR**

DMV MECHANICAL, INC.

Signature

Derek Vella

Printed Name

By its: President

Home Phone Number of Sub Rep (718) 674-4645

845426.1

**GC Initials**

DV **Sub Initials**