# EXHIBIT "9"

# D.M.V. Mechanical Inc.
# 160-01 13 avenue
# Whitestone, NY 11357

# SUBCONTRACT AGREEMENT

THIS AGREEMENT, made as of the 6th day of June in the year 2019 by and between DMV MECHANICAL, a New York Corporation (hereinafter referred to as "DMV" or the "Contractor"), with its principle place of business located at 160-01 13th Avenue, Whitestone, New York 11357, and DDS Mechanical INC. (hereinafter referred to as "Subcontractor"), with its principle place of business located at 3832 54th Street Woodside,NY 11357

WITNESSETH, that the Subcontractor and DMV hereby agree as follows:

**1. LOCATION**

The Subcontractor shall perform and furnish all the work, labor, supervisors, services, materials, plant, equipment, tools, scaffolds, rigging and all other labor and materials necessary to perform the work as per documents and accepted scope of work for that trade dated HVAC : (hereinafter referred to as the "Work") for and at the 147-151 East 86th Street (hereinafter referred to as the "Project"), located at premises in the Borough of NYC, and State of New York (hereinafter referred to as the "Premises").

**2. DOCUMENTS**

The Plans, Specifications, General Conditions, Special Conditions, Addenda and the Contract between DMV and the Owner and/or General Contractor (hereinafter referred to as the "Contract Documents" or "Prime Contract") have been made available by DMV for examination by the Subcontractor at all reasonable times at the offices of DMV. The Subcontractor represents and agrees that it has carefully examined and understands this Agreement and all of the other Contract Documents, has investigated the nature, locality and site of the Work and the conditions and difficulties under which it is to be performed and that it enters into this Agreement on the basis of its own examination, investigation and evaluation of all such matters and not in reliance upon any opinions or representations of DMV, or of the Owner or of the General Contractor, or of any of their respective officers, agents, servants or employees. Subcontractor warrants and represents that it comprehends the nature and scope of the Work to be performed and that it will perform all of the Work set forth in the Contract Documents or may be reasonably inferred from the Contract Documents.

It shall be the responsibility of the Subcontractor to verify all measurements, quantities, dimensions and work items in the field. It is also the responsibility of the Subcontractor to have such verifications made by a construction supervisor or other qualified personnel. It is also the responsibility of the Subcontractor to verify with all suppliers, vendors, equipment suppliers or

sub-subcontractors the adequacy of the details, drawings and specifications provided. It is also the responsibility of the Subcontractor to comprehend the nature and the scope of the Work to be performed.

With respect to the Work to be performed and furnished by the Subcontractor hereunder, the Subcontractor agrees to be bound to DMV by each and all of the terms and provisions of the Contract Documents between the Owner and/or General Contractor and DMV, and to assume toward DMV all of the duties, obligations and responsibilities that DMV by those Contract Documents assumes toward the Owner and/or General Contractor. The Subcontractor further agrees that DMV shall have the same rights and remedies as against the Subcontractor as the Owner and/or General Contractor has against DMV under the terms and provisions of the Contract between DMV and the Owner and/or the General Contractor and the other contract documents with the same force and effect as though every such duty, obligation, responsibility, right or remedy were set forth herein in full.

The Subcontract, the provisions of the Agreement and Contract Documents between the Owner and DMV are intended to supplement and complement each other and shall, where possible, be thus interpreted. If, however, any provision of this Subcontract irreconcilably conflicts with a provision of the Contract between DMV and the Owner and/or General Contractor and the other Contract Documents, the provision imposing the greater duty or obligation on the Subcontractor shall govern.

**3. WORK**

The Work to be performed by the Subcontractor is as follows: [Describe scope of work to be performed by Subcontractor]. The relevant plans and specifications are appended hereto as Exhibit "A".

The Work that is excluded from this Subcontract Agreement is as follows:

See Exhibit "A".

All the above items shall be performed as per Contract Document's specifications and drawings.

All work shall be performed in strict compliance with OSHA safety regulations and other related and municipal agencies.

Subcontractor is responsible for development and enforcement of safety for their job and their employees and they shall comply with all government regulations specific as responsibility for permits and safety.

Subcontractor should provide all equipment, tools, materials, safety devices, and qualified labor necessary for the performance of subcontractor's work.

**4. PAYMENT**

The sum to be paid by DMV, out of funds received by DMV from the Owner and/or General Contractor, to the Subcontractor for the satisfactory performance and completion of the Work and of all of the duties, obligations and responsibilities of the Subcontractor under this Agreement and the other Contract Documents shall be **($127,00.00 )** dollars

subject to the terms and conditions set forth herein. The price includes all Federal, State, County, Municipal and other taxes imposed by law. Said price also includes all sales and/or use taxes. Where the law requires any such taxes to be stated and charged separately, the total price of all items included in the Work plus the amount of such taxes shall not exceed this sum. If the work is on a public works project, or a tax-exempt project, then no sales tax will be payable according to law.

Payments shall be made in accordance with the procedure set forth in the Contract Documents between DMV and the Owner and/or General Contractor. Any payments made shall be subject to the same retention percentage as set forth in the Contract Documents between DMV and the Owner and/or General Contractor, unless otherwise specified.

The obligation of DMV to make a payment under this Subcontract, whether a progress or a final payment, or for extras or change orders, is subject to the express condition precedent of approval of the work performed by the Subcontractor by the Owner and payment therefore by the Owner and/or General Contractor which must occur from Owner and/or General Contractor to DMV before DMV is required to make payments to the Subcontractor. Subcontractor expressly acknowledges that it is bound by the payment provisions between the Owner and/or General Contractor and DMV and that no payment is due herein until such time as the Owner and/or General Contractor makes payment to DMV. Progress payments to the Subcontractor for satisfactory performance of the Subcontractor's work shall be made no later than fourteen (14) calendar days after receipt by the Contractor of payment from the Owner and/or General Contractor for the Subcontractor's work.

Subcontractor shall submit requisitions to DMV in the form and on dates specified by DMV and acceptable to DMV. Subcontractor shall provide all forms, certificates, releases and warranties required by the Owner, General Contractor and/or DMV for payment. Subcontractor acknowledges that DMV intends to rely on such requisitions received from Subcontractor in order to submit its requisition to Owner and/or General Contractor. Accordingly, if Subcontractor fails to submit its requisition and necessary forms, warranties, releases and certificates on a timely basis, DMV shall have no obligation to invoice Owner and/or General Contractor for Subcontractor's work and Subcontractor shall not receive payment for said requisition period. All requisitions submitted to DMV will have a 10% retainage withheld, which will be paid at the completion of the job and upon satisfactory completion of the work, filing of any applicable permits, etc.

The Subcontractor agrees that, if and when requested to do so by DMV, it shall furnish such information, evidence and substantiation as DMV may require with respect to the nature and extent of all obligations incurred by the Subcontractor for or in connection with the Work, all payments made by the Subcontractor thereon, and the amounts remaining unpaid, to whom and reasons therefore.

Prior to the receipt of any payment herein, Subcontractor agrees to provide DMV with duly signed and executed waivers of lien in a form acceptable to DMV, from all of Subcontractors' suppliers, Subcontractors and laborers, in a form provided and approved by DMV as annexed hereto or any amendments thereto. Subcontractor shall also provide, if requested by DMV, certified payrolls setting forth all workmen on the project, their work capacity, trade classification, hours and days of work, hourly pay, deductions, and net pay. Proof of payment of

all Subcontractor workers and the payment of union dues and benefits (canceled checks, union reports) shall be provided if requested by DMV. The Subcontractor SHALL NOT pay its workers in cash. Should the Subcontractor fail to provide this information, DMV may withhold adequate contract payment funds to ensure payment to all workers, material men and suppliers of the Subcontractor.

The parties agree that in the event Suppliers and/or construction trade unions have not been paid, DMV may issue a two-party check in the name of the Subcontractor and in the name of the Subcontractor's Suppliers and/or construction trade unions at the sole discretion of DMV

In addition, if Subcontractor fails to pay employees' weekly salary the Contractor may issue a two-party check in the name of the Subcontractor and Employees.

DMV reserves the right to conduct Payroll Audits and shall inform Subcontractor of suspected payroll violations that should be corrected within seven (7) days. Subcontractor shall retain all payroll records for the Project for a period of six (6) years after completion of its Work.

**5. CHANGES IN THE WORK**

The Owner and/or General Contractor may make changes in the Work by issuing Modifications to the Prime Contract. Upon receipt of such a Modification issued subsequent to the execution of the Subcontract Agreement, the Contractor shall promptly notify the Subcontractor in writing of the Modification. Unless otherwise directed by the Contractor, in writing, the Subcontractor shall not thereafter order materials or perform work which would be inconsistent with the changes made by the Modification to the Prime Contract.

The Subcontractor may be ordered in writing by the Contractor, without invalidating this Subcontract, to make changes in the Work within the general scope of this Subcontract consisting of additions, deletions or other revisions as required by Modifications to the Prime Contract issued by the Owner and/or General Contractor subsequent to the execution of this Agreement, the Subcontract Sum and Subcontract Time being adjusted accordingly, as set forth in this agreement. The Subcontractor, prior to the commencement of such changed or revised Work, shall submit promptly to the Contractor written copies of a claim for adjustment to the Subcontract Sum and Subcontract Time for such revised Work in a manner consistent with requirements of the Subcontract Documents. All such documents shall be in writing.

The Subcontractor shall make all claims promptly to the Contractor for additional cost, extensions of time and damages for delays or other causes in accordance with the Subcontract Documents. A claim which will affect or become part of a claim which the Contractor is required to make under the Prime Contract within a specified time period or in a specified manner shall be made in sufficient time to permit the Contractor to satisfy the requirements of the Prime Contract. Such claims shall be received by the Contractor not less than three (3) business days preceding the time by which the Contractor's claim must be made. Failure of the Subcontractor to make such a timely claim shall bind the Subcontractor to the same consequences as those to which the Contractor is bound.

DMV reserves the right, from time to time, whether the Work or any part thereof shall or shall not have been completed, to make changes, additions and/or omission in the Work, as defined in Article 3 herein as it may deem necessary, upon written order to the Subcontractor. The value

of the Work to be changed, added or omitted shall be stated in said written order and shall be added to or deducted from the Contract Sum. Any Change Order must be in writing and must be signed by a duly authorized representative of DMV. No claim for additional work will be entertained by DMV in the absence of a written and executed Change Order.

In the event of any dispute as to the performance of the Work, or any additional work, Subcontractor agrees to continue the performance of the Work and of the terms and conditions of this Subcontract pending resolution of any dispute herein.

With respect to any claim or dispute that may arise hereunder, the statute of limitation with respect thereto shall commence on the earlier of: (I) the date of subcontractor's submission of a final payment requisition, or (ii) if this subcontract is terminated, on the effective date of such termination.

**6. BACKCHARGES**

Any equipment, tools, services or materials supplied by DMV to Subcontractor shall be charged to Subcontractor by DMV at its cost plus a handling charge of twenty (20%) percent.

Any trucking required for delivery or pickup of any of the above or for removal of debris or for any other reason shall be charged at the rate of DMV 's cost per trip plus a handling charge of twenty (20%) percent.

Any labor required that is supplied by DMV, either directly or indirectly through other subcontractors, in order to complete any portion of the Subcontractor's Work or due to the failure of the Subcontractor to man the Work and adhere to the Project schedule shall be charged at DMV's standard time and material rates plus a handling charge of twenty (20%) percent. All required insurances shall be added thereto.

Any and all equipment supplied by DMV for Subcontractor's work shall be charged to Subcontractor at DMV 's standard time and material rates plus a handling charge of twenty (20%) percent.

If DMV supplies any equipment to the Subcontractor, Subcontractor is required to return any such equipment in the same condition as it was delivered by DMV. Any repairs required to said equipment upon its return to DMV shall be back charged to Subcontractor at cost plus a handling charge of twenty (20%) percent.

Should Contractor or Subcontractor receive any violations or summonses in connection with subcontract work, DMV will notify Subcontractor and give Subcontractor three (3) days to indicate that it will defend and pay said violations or summonses and if a response is not received then DMV may elect to defend same at Subcontractor's expense and Subcontractor shall cooperate and be responsible for the payment of any fine imposed plus reasonable legal costs incurred by DMV. DMV shall have the right to withhold out of any payments due to the Subcontractor sufficient monies to pay said fines and legal fees.

DMV will deduct all such back charges from Subcontractor's pending requisitions or issue an invoice to Subcontractor.

**7. SUBCONTRACTING**

Neither this Subcontract, nor any moneys due or to become due hereunder, shall be assignable without the express written consent of DMV. Further, the Subcontractor shall not subcontract (or enter into any joint venture for any of the Work) any of the Work contained herein without the express written consent of DMV.

If the Subcontractor desires to subcontract (or joint venture) any work hereunder, Subcontractor must give DMV written notice of such intention. DMV shall have ten (10) days from the date of receipt of said notice to either approve or disapprove of the proposed subcontractor (or joint venture partner). DMV can disapprove of said proposed Subcontractor (or joint venture partner) for any reason or for no reason and Subcontractor shall have no recourse if DMV disapproves.

Subcontractor acknowledges that it has unique capabilities to perform the Work herein. Subcontractor further acknowledges that it has received this subcontract due to its abilities to perform the Work hereunder with its own forces and field supervisors. Any assignment, subcontracting or joint venturing without such prior written consent shall be void and of no force and effect and shall vest no right or right of action in the assignee or subcontractor or joint ventures against DMV or the Owner and/or General Contractor. Further, any assignment or subcontracting or joint venturing without such prior written effect will void this subcontract immediately. Any monies due or owing by DMV to the Subcontractor will immediately vest in DMV as liquidated damages for Subcontractor's improper re-subcontracting or joint venture.

The Subcontractor shall bind all of its approved subcontractors to all of the terms, provisions and covenants of this Subcontract (and approved Subcontractor will provide applicable insurances) and the other Contract Documents. DMV's consent to any subcontracting or joint venture shall not be deemed to create any contractual relationship between DMV and any subcontractor or joint venture to whom the Work or any portion thereof is sublet and shall not vest any right or right of action in such subcontractor against DMV, the General Contractor or the Owner.

**8. CONTRACT DOCUMENTS**

The Subcontractor herein acknowledges that Subcontractor has been provided with copies of all plans and specifications and is familiar with same. Further, Subcontractor has inspected the premises and is familiar with same. Subcontractor agrees to be bound by all of the terms and conditions of the Contract Documents including the plans and specifications as well as the terms and conditions contained in the Agreement between DMV and the Owner and/or General Contractor, which is appended to this Subcontract.

**9. GUARANTEES**

The Subcontractor hereby guarantees the Work to the full extent provided in the Contract Documents including Plans, Specifications, General Conditions, Special Conditions and Agreement between Owner and/or General Contractor and DMV with respect to Subcontractor's scope of Work set forth herein. The longest guarantee set forth in the contract documents shall apply herein. Subcontractor shall supply, at no additional charge, all required manufacturers and installers warranties.

The Subcontractor shall remove, replace and/or repair at its own cost and expense and at the direction of DMV, the Owner or General Contractor any faulty, defective or improper work, materials or equipment discovered within one (1) year from the date of the final payment for the Project or for such longer period as may be provided in the Contract Documents including Plans,

Specifications, General Conditions, Special Conditions or other Contract Documents. All guarantees shall be as specified and directed in the Contract Documents.

Subcontractor shall provide DMV with all written warranties and guarantees provided for in the Contract Documents including Plans, Specifications, General Conditions, Special Conditions and Agreement between Owner and/or General Contractor and DMV with respect to Subcontractor's scope of work. Receipt of said warranties and guarantees is an express condition precedent to final payment to Subcontractor by DMV.

**10. INSURANCE (IF APPLICABLE)**
See Rider annexed hereto as Exhibit "B".

**11. PERFORMANCE AND PAYMENT BONDS (IF APPLICABLE)**
If requested, Subcontractor shall provide a Performance and Payment Bond in the full amount of the Subcontract Sum to DMV.

The form and contents of such bonds and the Surety or Sureties thereon shall be satisfactory to DMV. The Surety shall be licensed to issue surety bonds in the State of New York.

**12. LOSS OR DAMAGE TO WORK**
DMV shall not be responsible for any loss or damage to the Subcontractor's work to be performed and furnished under this Subcontract. DMV shall not be responsible for loss or damage to materials, tools, equipment or any other personal property owned, rented or used by the Subcontractor or anyone employed by it in the performance of the work.

**13. TIME OF PERFORMANCE**
The Subcontractor shall commence the Work when notified to do so by DMV and shall diligently and continuously prosecute and complete the Work as directed by DMV and the Work shall be completed in accordance with DMV's schedule with the Owner and/or General Contractor.

Time is of the essence of this Subcontract. Should the progress of the Work or of the Project be delayed by any fault or neglect or act or failure to act of the Subcontractor or any of its officers, agents, servants, employees or suppliers so as to cause any additional cost, expense, liability or damage to DMV or to the Owner and/or General Contractor or any damages or additional costs or expenses for which DMV or the Owner and/or General Contractor may or shall become liable, the Subcontractor shall and does hereby agree to compensate DMV and the Owner and/or General Contractor for and indemnify them against all such costs, expenses, damages and delays.

Should the Subcontractor fail to perform the Work as directed by DMV or to abide by the terms and conditions of this Subcontract, then DMV shall have all rights and remedies as set forth or as provided in law or equity.

**14. INDEMNIFICATION – See attached Exhibit B**

**14.1 SUBCONTRACTOR'S PERFORMANCE**

To the fullest extent permitted by law, the Subcontractor shall defend, indemnify and hold harmless, the Contractor (including the affiliates, parents and subsidiaries, their agents and employees) and other contractors and subcontractors and all of their agents and employees and when required of the Contractor by the Contract Documents, the Owner, the General Contractor, the Architect's/Engineer's consultants, agents and employees from and against any and all claims , damages, loss and expenses, including but not limited to attorney's fees, arising out of or resulting from the performance of the Subcontractor provided that:

Any such claim, damage, loss, or expense is attributable to bodily injury, sickness, disease, or death, or to injury to or destruction of tangible property (other than the Subcontractor's work itself) including the loss of use resulting there from, to the extent caused or alleged to be caused in whole or in part by any negligent act or omission of the Subcontractor or anyone directly or indirectly employed by the Subcontractor or for anyone for whose acts the Subcontractor may be liable, regardless of whether it is caused in part by a party indemnified hereunder; Subcontractors' Insurance Policies must include NY labor Law/3rd party/action over coverage. An unacceptable carrier list will be furnished as well.

Such obligation shall not be construed to negate, or abridge, or otherwise reduce any other right or obligation of indemnity which would otherwise exist as to any party or person described in this Article.

**NO LIMITATION UPON LIABILITY**

In any and all claims against the Owner, the General Contractor, the Construction Manager, the Architect's/Engineer's consultants, agents and employees, the Contractor (including its affiliates, parents and subsidiaries) and other contractors or subcontractors, or any of their agents or employees, by an employee of the Subcontractor, anyone directly or indirectly employed by the Subcontractor or anyone for whose acts the Subcontractor may be liable, the indemnification obligation under this Article shall not be limited in any way by any limitation on the amount or type of damages, compensation or benefits payable by or for the Subcontractor under worker's and workmen's compensation acts, disability benefit acts or other employee benefit acts.
In the event that any such claims, loss, cost expense, liability, damage or injury arise or are made, asserted or threatened against DMV and/or the Owner and/or the General Contractor, their officers, agents, servants or employees, DMV shall have the unequivocal right to withhold from any payments due or to become due to the Subcontractor an amount sufficient in its sole judgment to protect and indemnify DMV and the Owner and/or the General Contractor, their officers, agents, servants and employees from and against any and all such claims, loss, cost, expense, liability, damage or injury, including reasonable legal fees and disbursements. Additionally, the Subcontractor shall agree to the "Indemnification/Hold Harmless Agreement" annexed hereto as a part of exhibit "B". Said Indemnification/Hold Harmless Agreement shall supplement the foregoing provisions and shall not replace the said provision.

**COMPLIANCE WITH LAWS**

The Subcontractor agrees to be bound by, and at its own cost, comply with all federal, state and local laws, ordinances and regulations (hereinafter collectively referred to as "laws") applicable to the Subcontractor's work including, but not limited to, equal employment opportunity, minority business enterprises, women's business enterprise, disadvantage business enterprise,

safety, prevailing wages and all other laws with which the Contractor must comply according to the Contract Documents.

The Subcontractor shall be liable to the Contractor and the Owner and/or General Contractor for all loss, cost and expense including reasonable attorneys' fees attributable to any acts of commission or omission by the Subcontractor, its employees and agents resulting from the failure to comply therewith, including, but not limited to, any fines, penalties or corrective measures.

Subcontractor will maintain in full force and effect throughout the term of this Agreement, as a specified condition to the performance by DMV: (a) Subcontractor's status as an approved Subcontractor of Owner or General Contractor for the full value of the Subcontract, including change order Work; (b) if applicable, its status as a certified MWBE or DBE and (c) any and all necessary permits, licenses or other government approvals or other professional or trade licenses required in connection with performance of the Subcontract Work. Subcontractor will arrange for the prompt close out of any open permits or other documentation and will deliver evidence of same satisfactory to DMV as a condition of receiving final payment.

**15. RECOURSE BY CONTRACTOR**

**15.1 FAILURE OF PERFORMANCE**

**15.1.1 NOTICE TO CURE**

If the Subcontractor refuses or fails to supply enough properly skilled workers, proper materials, or maintain the Schedule of Work, or it fails to make prompt payment for its workers, lower-tier subcontractor or suppliers, disregards laws, ordinances, rules, regulations or orders of any public authority having jurisdiction, or otherwise is guilty of a material breach of a provision of this Agreement, the Subcontractor shall be deemed in default of this Agreement. If the Subcontractor fails within four (4) working days after written notification to commence and continue satisfactory correction of such default with diligence and promptness, then DMV without prejudice to any rights or remedies, shall have the right to any or all of the following remedies:

a) Supply such number of workers and quantity of materials, equipment and other facilities as DMV deems necessary and is reasonable for the completion of the Subcontractor's Work; or any part thereof which the Subcontractor has failed to complete or perform after the aforesaid notice, and charge the cost thereof to the Subcontractor, who shall be liable for the payment of same including reasonable overhead, profit and attorney's fees;

b) Contract with one or more additional contractors, to perform such part of the Subcontractor's Work as DMV shall determine and shall be reasonable and will provide the most expeditious completion of the total Work and charge the cost thereof to the Subcontractor;

c) Withhold payment of any moneys due the Subcontractor pending corrective action in amount sufficient to cover losses and compel performance to the extent required by and to the satisfaction of DMV and Owner and/or General Contractor; and

d) In the event of an emergency affecting the safety of persons or property, DMV may proceed as above without notice.

**TERMINATION BY CONTRACTOR**

If the Subcontractor fails to commence and satisfactorily continue correction of a default within four (4) working days after written notification issued under Subparagraph 15.1.1, then DMV may, in lieu of or in addition to Subparagraph 15.1.1, issue a second written notification, to the Subcontractor and its surety. Such notice shall state that if the Subcontractor fails to commence and continue correction of a default within three (3) calendar days of the written notification, the Agreement will be deemed terminated and DMV may use any materials, implements, equipment, appliances or tools furnished by or belonging to the Subcontractor to complete the Subcontractor's Work.

DMV also may furnish those materials, equipment and/or employ such workers or subcontractors as DMV deems necessary to maintain the orderly progress of the Work.

All costs incurred by the Contractor in performing the Subcontractor's Work, including reasonable overhead, profit and attorney's fees, shall be deducted from any moneys due or to become due the Subcontractor. The Subcontractor shall be liable for the payment of any amount by which such expense may exceed the unpaid balance of the Contract Price.

Notwithstanding anything else contained herein the notice provisions of this section shall not apply to 15.1.1(d).

**TERMINATION BY OWNER**

Should the Owner and/or General Contractor terminate its contract with the Subcontractor or any part which includes the Subcontractor's Work, DMV shall notify the Subcontractor in writing and upon such written notification, this Agreement shall be terminated and the Subcontractor shall immediately stop the Subcontractor's Work, follow all of DMV's instructions, and mitigate all costs.

In the event of such Owner and/or General Contractor termination, the Contractor's liability to the Subcontractor is limited to the extent of DMV's recovery on the Subcontractor's behalf under the Contract Documents.

DMV agrees to cooperate with the Subcontractor, at the Subcontractor's expense, in the prosecution of any Subcontractor claim arising out of the Owner and/or General Contractor termination and to permit the Subcontractor to prosecute said claim, in the name of DMV for the use and benefit of the Subcontractor, or assign the claim to the Subcontractor.

**TERMINATION BY SUBCONTRACTOR**

The Subcontractor may terminate the Subcontract for nonpayment of amounts due under this Subcontract pursuant to paragraph 4 herein for sixty (60) days or longer. The Subcontractor shall notify the Contractor in writing, via facsimile and certified mail of its intention to terminate the Subcontract if payment is not received within five (5) additional business days. If the Contractor fails to tender payment to Subcontractor within five (5) business days, the Subcontractor may treat this Subcontract as being terminated and of no further force and effect. In the event of such termination by the Subcontractor for any reason which is not directly or indirectly the fault of the Subcontractor, the Subcontractor shall be entitled to recover from the Contractor payment for Work executed and accepted and for proven loss with respect to materials,

equipment, tools, and construction equipment and machinery, including reasonable overhead, costs to demobilize and reasonable profit.

**16. LABOR PEACE**

It is the responsibility of the Subcontractor to ensure labor peace and harmony on the project site at all times and to ensure that all of Subcontractor's laborers and drivers maintain labor harmony with all other trades on site. Should any labor dispute arise as the result of the laborers engaged by Subcontractor, it is Subcontractor's responsibility to end said dispute forthwith and continue work. No additional compensation will be paid by DMV to Subcontractor for required labor to be used herein. Subcontractor will be responsible for any additional labor costs incurred by any unforeseen labor problems occurring on this Project.

**17. EXHIBITS AND SCHEDULES ATTACHED**

The relevant sections of the Prime Contract shall be annexed hereto as Exhibit "A" and made a part of this Subcontract (Agreement with Owner and/or General Contractor). All plans, specifications and conditions are also made a part of this Agreement.

Exhibit "A": Plans and specifications and exclusions.

Exhibit "B": Insurance Requirements and Indemnification and Hold Harmless Agreement.

Exhibit "C": (Unit Prices consisting of 0 pages and is made a part of this Subcontract).

**18. TITLES**

All titles and headings are for convenience only and are not part of this Agreement. Titles and headings Not Applicable to this Subcontract Agreement will be labeled as such.

**19. GOVERNING LAW**

This Subcontract shall be construed and governed by the laws of the State of New York. In the event of any disputes herein, then any action on this Subcontract will be commenced in the Supreme Court of the State of New York, County of Queens.

**20. SAVING CLAUSE**

Any provision under applicable law or regulations which supersede or invalidate any provision hereof shall not affect the validity of this Subcontract and the remaining provisions shall be enforced as if the invalid provision was deleted.

**21. NO WAIVER**

No waiver by either party of any provision of this Subcontract in any instance shall constitute a waiver by such party of any other provision of this Subcontract in any other instance.

**22. NOTICES**

All notices hereunder shall be given by personal, messenger or courier delivery, by overnight or express mail service or by mailing certified, return receipt requested, addressed to the parties at the addressees set forth below. Any Notice, to be effective, must be transmitted by the methods set forth herein and received by the recipient at the address set forth herein.

**Contractor: DMV MECHANICAL**

_______________________________
*Signature*

By: Derek Vella Title: DMV Mechanical
DMV MECHANICAL
Address: 160-01 13th Avenue
Whitestone, NY 11357
Phone: 1-718-674-4645
Fax: _______________________

**Subcontractor:**

_______________________________
*Signature*

By: SAVVAS KARAMANIS. Title: OPERATIONS MANAGER.
Company Name: DDS MECHANICAL PLUMBING & HEATING CORP.
Address: 38-32 54TH ST.
WOODSIDE, NY 11377
Phone: 718 545-5564.
Fax: 718 545-5565

IN WITNESS, WHEREOF, the parties to these presents have hereunto set their hands as of the day and year first above written.

**EXHIBIT A**

Pertaining to the contract, the following exclusions apply as indicated below:

# EXHIBIT B

SUBCONTRACT AGREEMENT RIDER

**(CONTRACTOR/SUBCONTRACTOR)**

The terms and conditions of this Rider shall supersede and govern any inconsistent term found in other parts of the written agreement and other riders between the parties.

1. **Indemnity.** In consideration of the Contract Agreement, and to the fullest extent permitted by law, the Subcontractor shall defend and shall indemnify, and hold harmless, at Subcontractor's sole expense, the Contractor, all entities the Contractor is required to indemnify and hold harmless, the Owner of the Property, and the officers, directors, agents, employees, successors and assigns of each of them from and against any and all liability or claimed liability for bodily injury or death to any person(s), and for any and all property damage or economic damage, including all attorney fees, disbursements, and related costs, arising out of or resulting from the Work covered by this Contract Agreement to the extent such work was performed by or subcontracted through the Subcontractor or by anyone for whose acts the Subcontractor may be held liable, excluding only liability created by the sole and exclusive negligence of the Indemnified Parties. This indemnity agreement shall survive the completion of the Work specified in the Contract Agreement.

2. **Insurance**. The Subcontractor shall procure and shall maintain until final acceptance of the Work, such insurance as will protect the Contractor, all entities the Contractor is required to indemnify and hold harmless, the Owner and their officers, directors, agents and employees, for claims arising out of or resulting from Subcontractor's Work under this Contract Agreement, whether performed by the Subcontractor, or by anyone directly or indirectly employed by Subcontractor, or by anyone for whose acts Subcontractor may be liable. Such insurance shall be provided by an insurance carrier rated "A- "or better by A.M. Best and lawfully authorized to do business in the jurisdiction where the Work is being performed.

    a. The Subcontractor's insurance shall include Contractual Liability covering "Insured Contracts" as defined by ISO Form CG 00 01 12/07 or its equivalent and additional insured coverage for the benefit of the Contractor, Owner or anyone else the Contractor is required to name (as set forth in the schedule below), and shall specifically include coverage for completed operations.

    b. The additional insured endorsements shall be on a form at least as broad as the most current ISO Form including as Additional Insureds all parties on whose behalf the Subcontractor agrees to procure such coverage pursuant to a written contract or agreement, and shall not include any exclusions that limit the scope of coverage beyond that provided to the Named Insured. The General Liability Additional Insured endorsement shall be on Form CG 2010 10/01 plus CG 2037 10/01 or equivalent and shall include ongoing and completed operations.

    c. The requirement immediately above ("b.") applies to all policies under which the Owner, Contractor and Indemnitees are required to be named as Additional Insureds.

    d. The additional insured coverage shall include completed operations coverage for

the Additional Insureds for a period of not less than 24 months (two years) after completion of the project.

e. The additional insured coverage shall include coverage for the Additional Insureds for any operations performed on residential projects, including single- or multi-family housing, residential condominiums, residential apartments and assisted living facilities.

f. Subcontractor shall, by specific endorsement to its umbrella/excess liability policy, cause the coverage afforded to the Additional Insureds thereunder to be first tier umbrella/excess coverage above the primary coverage afforded to the Additional Insureds as set forth above and not concurrent with or excess to any other valid and collectible insurance available to the Additional Insureds whether provided on a primary or excess basis.

g. The Subcontractor warrants that the coverage provided under the commercial general liability policy shall be written on an "occurrence" basis with coverage as broad as the Insurance Service Office Inc.'s form and that no policy provisions shall restrict, reduce, limit or otherwise impair contractual liability coverage or the Contractor's, Owner's (or others as required and as listed below) status as additional insured.

h. Not less than (5) five days prior to commencement of Work, before Subcontractor will be permitted to do any work under this contract, and until final acceptance of the Work, Subcontractor shall provide Contractor with certificate(s) of insurance evidencing the required insurance coverage with the limits stated below or elsewhere in the contract documents. The Subcontractor shall provide Contractor (30) thirty days written notice of a change or cancellation in coverage. In addition, all insurance policies shall state that the Insurer will provide the Contractor (30) thirty days' prior written notice of change or cancelation in coverage. Certificates, Notices of Cancellation, or changes, etc. are to be sent by Subcontractor directly to Contractor at 38-32 54th Street Woodside, NY 11377. Subcontractor's agent and Subcontractor's insurance carrier(s) must reconcile all policy requirements to the satisfaction of Contractor. Subcontractor shall provide certified copies of all policies required under this Contract within 15 days after receipt of request by the Contractor for such information.

i. Subcontractor agrees that the insurance requirements outlined below will be maintained until the entire work to be performed by Subcontractor under this Contract is completed and accepted. If, at any time during the term of this Agreement, Subcontractor does not provide insurance coverage as required herein, Contractor shall have the right, at its option, to procure same, and deduct from any sums due to Subcontractor hereunder the cost of such coverage procured by Contractor.

j. Unless otherwise stipulated in the Contract Agreement, the Subcontractor shall maintain no less than the limits specified for each of the following insurance

coverages:

i. Commercial General Liability using an industry standard unmodified coverage form including contractual liability with minimum limits of $1,000,000 each occurrence, $2,000,000 aggregate with either per project or per location endorsement for property damage and bodily injury;
ii. Comprehensive Automobile Liability insurance with minimum limits of $1,000,000 combined single each limit each accident, including bodily injury and property damage liability;
iii. Workers' Compensation and disability benefit insurance including Occupational Disease in the minimum amounts as required by the jurisdiction where the work is performed;
iv. Umbrella/Excess Liability insurance with limits of at least $5,000,000 per occurrence and a $5,000,000 site/project specific aggregate.

k. Subcontractor shall, by specific endorsement to its primary commercial general liability policy, automobile liability policy, and umbrella/excess policy cause the coverage afforded to the Additional Insureds thereunder to be primary and non-contributory to and not concurrent with any other valid and collectible insurance available to the Additional Insureds.

l. Subcontractor shall, by specific endorsement to its primary and umbrella/excess liability policies, workers' compensation policy and automobile policy cause the coverage afforded thereunder to include a Waiver of Subrogation in favor of DMV Mechanical, the Owner and/or General Contractor, and each of their respective officers, directors, partners, representatives, agents, affiliates, members and employees.

m. Subcontractor shall secure, pay for, and maintain Property Insurance necessary for protection against loss of owned, borrowed, or rented capital equipment and tools, including any tools owned by an employee and any tools, equipment staging, towers, and forms owned, borrowed or rented by Subcontractor. The requirement to secure and maintain such insurance is solely for the benefit of Subcontractor. Failure of Subcontractor to secure such insurance or to maintain adequate levels of coverage shall not obligate Contractor or its agents and employees or any other Additional Insured, as required in this agreement, and Contractor shall have no such liability to Subcontractor or its contractors. The property insurance shall include a Waiver of Subrogation in favor of all parties required to be named as Additional Insured under the Contract Documents.

n. Any failure by the Subcontractor or its agent to procure the coverage outlined above shall be considered a material breach of the Subcontractor's contractual obligations, and the Contractor expressly reserves the right to seek direct remedy against the Subcontractor and its agent for all costs and expenses incurred as a result of the breach. Direct remedy as referenced above shall include but is not limited to, the withholding of contract payments due to the Subcontractor under this Contract and any Purchase Order issued in connection therewith.

o. If Subcontractor engages a Sub-Subcontractor, it is the affirmative duty of the Subcontractor to ensure that any Sub-Subcontractor complies with the insurance and indemnification requirements of this Contract Agreement.

List of Indemnified Parties and Additional Insureds

Acknowledged by:

| | |
|---|---|
| Contractor: DMV Mechanical | Subcontractor: ODS Mechanical Plumbing & Heating Corp. |
| Signature: [signature] | Signature: [signature] |
| Name: Derek Vella | Name: Savvas Karamalis |
| Title: President | Title: Operations Manager. |
| Date: 6-6-19 | Date: 10/1/19. |

# EXHIBIT C

Pertaining to the contract, unit prices apply as indicated below: